THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK GIALLELLA, Appellant.

Argued December 4, 1936; decided December 31, 1936.

*Cyril J. Kavanagh* and *Robert E. Miller* for appellant.

*Walter C. Newcomb, District Attorney (David F. Doyle* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: O'BRIEN, HUBBS, CROUCH and FINCH, JJ. Dissenting: CRANE, Ch. J., LEHMAN and LOUGHRAN, JJ.